IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON L. SCOTT,

     Plaintiff,                   No. CIV S-07-0769 FCD DAD P

     vs.

HIGH DESERT STATE
PRISON, et al.,

     Defendants.          ORDER

     Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's February 27, 2008 motion for dismissal is granted; and

     2. This action is dismissed without prejudice.

DATED: March 4, 2008.

                                                           DALE A. DROZD
                                                           UNITED STATES MAGISTRATE JUDGE

DAD/9/bb
scot0769.59